# UNITED STATES JUDICIAL PANEL
## on
# MULTIDISTRICT LITIGATION

**IN RE: TARGET CORPORATION CUSTOMER
DATA SECURITY BREACH LITIGATION**                    MDL No. 2522

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –1)

On April 2, 2014, the Panel transferred 27 civil action(s) to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d (J.P.M.L. 2014). Since that time, no additional action(s) have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Paul A Magnuson.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Magnuson.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of Minnesota for the reasons stated in the order of April 2, 2014, and, with the consent of that court, assigned to the Honorable Paul A Magnuson.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A true printed copy in __5__ sheet(s)
of the electronic document filed on _____,
in the Clerk's District Court
... Minnesota.

CERTIFIED 4/15 _____, 2014.

BY: _____

IN RE: TARGET CORPORATION CUSTOMER
DATA SECURITY BREACH LITIGATION                MDL No. 2522

## SCHEDULE CTO–1 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

**ALABAMA MIDDLE**

| ALM | 2 | 13–00939 | Dickson, et al. v. Target Corporation 14cv1073 PAM/JJK |
| ALM | 2 | 13–00952 | Alabama State Employees Credit Union v. Target Corporation 14cv1075 PAM/JJK |

**ALABAMA NORTHERN**

| ALN | 2 | 14–00092 | McFerrin v. Target Corporation 14cv1076 PAM/JJK |

**ARKANSAS WESTERN**

| ARW | 4 | 14–04012 | Commercial Bancshares, Inc. v. Target Corporation 14cv1077 PAM/JJK |

**CALIFORNIA CENTRAL**

| CAC | 2 | 13–09461 | Kennelyn Sue Saiz v. Target Corporation et al 14cv1078 PAM/JJK |
| CAC | 2 | 13–09519 | Regina Merino v. Target Corporation 14cv1079 PAM/JJK |
| CAC | 2 | 14–00003 | Jacqueline Cullen v. Target Corporation et al 14cv1080 PAM/JJK |
| CAC | 2 | 14–00294 | Thomas Dorobiala et al v. Target Corporation 14cv1081 PAM/JJK |
| CAC | 2 | 14–01450 | Jason Kirschenstein v. Target Corporation 14cv1082 PAM/JJK |
| CAC | 8 | 14–00037 | Ayman Mousa v. Target Corporation 14cv1083 PAM/JJK |

**CALIFORNIA EASTERN**

| CAE | 2 | 14–00156 | Lambert v. Target Corporation 14cv1087 PAM/JJK |

**CALIFORNIA NORTHERN**

| CAN | 3 | 14–00053 | Layton et al v. Target Corporation 14cv1088 PAM/JJK |
| CAN | 3 | 14–00129 | Alvarez v. Target Corporation 14cv1089 PAM/JJK |
| CAN | 3 | 14–00212 | Mancias et al v. Target Corporation 14cv1090 PAM/JJK |
| CAN | 3 | 14–00218 | Mongold v. Target Corporation 14cv1091 PAM/JJK |
| CAN | 3 | 14–00577 | Smith et al v. Target Corporation 14cv1092 PAM/JJK |

**CALIFORNIA SOUTHERN**

| | | | | |
|---|---|---|---|---|
| CAS | 3 | 14-00009 | Gaizo v. Target Corporation | 14cv1093 PAM/JJK |
| CAS | 3 | 14-00121 | McLarry et al v. Target Corporation et al | 14cv1094 PAM/JJK |
| CAS | 3 | 14-00563 | Gardner v. Target Corporation | 14cv1097 PAM/JJK |

## GEORGIA NORTHERN

| | | | | |
|---|---|---|---|---|
| GAN | 1 | 14-00222 | Hawkins v. Target Corporation | 14cv1098 PAM/JJK |

## ILLINOIS NORTHERN

| | | | | |
|---|---|---|---|---|
| ILN | 1 | 13-09336 | Due Fratelli, Inc. v. Target Corporation | 14cv1099 PAM/JJK |

## ILLINOIS SOUTHERN

| | | | | |
|---|---|---|---|---|
| ILS | 3 | 14-00022 | Rippy v. Target Brands, Inc. | 14cv1100 PAM/JJK |

## KENTUCKY WESTERN

| | | | | |
|---|---|---|---|---|
| KYW | 3 | 14-00035 | Meeley v. Target Corporation | 14cv1101 PAM/JJK |

## LOUISIANA EASTERN

| | | | | |
|---|---|---|---|---|
| LAE | 2 | 14-00570 | First National Bank USA v. Target Corporation of Minnesota | 14cv1102 PAM/JJK |
| LAE | 2 | 14-00662 | McAdam v. Target Corporation | 14cv1103 PAM/JJK |
| LAE | 2 | 14-00663 | Fraser v. Target Corporation | 14cv1104 PAM/JJK |

## LOUISIANA MIDDLE

| | | | | |
|---|---|---|---|---|
| LAM | 3 | 14-00051 | Christina v. Target Corporation of Minnesota et al | 14cv1105 PAM/JJK |

## MASSACHUSETTS

| | | | | |
|---|---|---|---|---|
| MA | 1 | 13-13296 | Casey et al v. Target Corporation | 14cv1106 PAM/JJK |

## NEW HAMPSHIRE

| | | | | |
|---|---|---|---|---|
| NH | 1 | 13-00555 | Raleigh v. Target Corporation | 14cv1108 PAM/JJK |

## NEW JERSEY

| | | | | |
|---|---|---|---|---|
| NJ | 2 | 13-07866 | SANTOS et al v. TARGET CORPORATION et al | 14cv1109 PAM/JJK |

## NEW MEXICO

| | | | | |
|---|---|---|---|---|
| NM | 1 | 14-00292 | Animas Credit Union v. Target Corporation | 14cv1110 PAM/JJK |

## NEW YORK EASTERN

| | | | | |
|---|---|---|---|---|
| NYE | 1 | 14-00338 | Pietanza et al v. Target Corporation et al | 14cv1111 PAM/JJK |

## NEW YORK SOUTHERN

NYS       1       13-09119       Bartlow v. Target Corporation
14cv1112 PAM/JJK

**NORTH CAROLINA MIDDLE**

NCM       1       14-00042       BRYANT v. TARGET CORPORATION   RCVD
14cv1113 PAM/JJK

**NORTH CAROLINA WESTERN**

NCW       3       14-00022       Knox v. Target Corporation
14cv1114 PAM/JJK

**NORTH DAKOTA**

ND        3       14-00011       Farol et al v. Target Corporation
14cv1115 PAM/JJK

**OHIO NORTHERN**

OHN       1       13-02850       Mannion v. Target Corporation
14cv1116 PAM/JJK

**OKLAHOMA NORTHERN**

OKN       4       14-00083       Noe v. Target Corporation
14cv1117 PAM/JJK

**PENNSYLVANIA EASTERN**

PAE       2       14-00209       ELLISON v. TARGET CORPORATION et al
14cv1118 PAM/JJK

**PENNSYLVANIA MIDDLE**

PAM       1       14-00544       Bankers Trust Company v. Target Corporation
14cv1119 PAM/JJK

**PENNSYLVANIA WESTERN**

PAW       2       14-00146       FIRST CHOICE FEDERAL CREDIT UNION v.
                                 TARGET CORPORATION   14cv1120 PAM/JJK

PAW       2       14-00175       NORTH DISTRICTS COMMUNITY CREDIT
                                 UNION v. TARGET CORPORATION
                                 14cv1121 PAM/JJK

**SOUTH CAROLINA**

SC        4       14-00262       Bess v. Target Corporation
14cv1122 PAM/JJK

**TENNESSEE WESTERN**

TNW       2       14-02071       Crawford v. Target Corporation
14cv1123 PAM/JJK

**TEXAS NORTHERN**

TXN       3       14-00549       Employees Credit Union et al v. Target Corporation
14cv1124 PAM/JJK

**UTAH**

UT        2       13-01136       Christensen et al v. Target   Opposed 4/9/14

WASHINGTON WESTERN

| | | | |
|---|---|---|---|
| WAW | 2 | 14-00079 | Sutton v. Target Corporation  14cv1125 PAM/JJK |
| WAW | 2 | 14-00282 | Sound Community Bank v. Target Corporation  14cv1126 PAM/JJK |

WISCONSIN WESTERN

| | | | |
|---|---|---|---|
| WIW | 3 | 14-00105 | Schafer, Kas et al v. Target Corporation et al  14cv1127 PAM/JJK |